**\*E-Filed 1/31/12\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | No. C 11-05419 RS |
| Plaintiff, | **ORDER** |
| v. | |
| CYNTHIA A. WALKER, | |
| Defendant. | |
| _____/ | |

On January 26, 2012, plaintiff filed a proposed order dismissing the above-captioned case, pursuant to Local Rule 77-2(c). That rule provides that the Clerk of Court may sign and enter an order without direction from the assigned Judge for "Orders of dismissal on consent." According to an objection filed by defendant, plaintiff has not obtained defendant's consent, and voluntary dismissal without a court order under Federal Rule of Civil Procedure 41(a)(1)(A) is inappropriate because defendant already filed an answer in the state court from which this case was removed. Accordingly, the Court directs the Clerk of Court not to enter the order, and declines to dismiss the case.

IT IS SO ORDERED.

Dated: 1/30/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

No. C 11-05419 RS
ORDER